**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STACY LEE STEVENS,<br><br>      Plaintiff,<br><br>    -v-<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>      Defendants. | Civil Action No. 1:26-cv-2135 |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and state as follows:

1.      Experian, Equifax Information Services, LLC ("Equifax,") and Trans Union LLC ("Trans Union") are named Defendants in Case Index No. 826421 / 2025E filed on or about February 24, 2026 by Plaintiff Stacy Lee Stevens ("Plaintiff") in the Supreme Court of the State of New York, Bronx County (the "State Court Action").

2.      Experian was served on February 24, 2026.

3.      This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for

relief upon which Plaintiff's action is based, as required by 28 U.S.C. § 1446(b).

4.      This Court is the proper district court for removal because the State Court Action is pending within this district, and Plaintiff's Complaint alleges that Plaintiff resides within this district.

5.      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibit A.

6.      Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties.  Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).  Upon information and belief, Equifax and Trans Union are also "consumer reporting agencies" within the meaning of 15 U.S.C. § 1681a(f).

7.      The claims for relief against all Defendants in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.*  Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.  The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a)

8.      As of the date of this Notice, all defendants have been served with the Summons and Complaint in the State Court Action and consent to removing the above-captioned action to this Court. Equifax and Trans Union's consents to removal are attached hereto as <u>Exhibits B</u> and <u>C</u>, respectively.

9.      Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through Plaintiff's attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: March 16, 2026                    Respectfully submitted,

*s/ Brian W. Carroll*
Brian W. Carroll
McCARTER & ENGLISH, LLP
250 W 55th Street, 13th Floor
New York, NY 10019
Tel: (973) 639-2020
Email: bcarroll@mccarter.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*